FUENTES, Circuit Judge,
concurring in part and concurring in the judgment.
I agree with the majority that it would be unjust to employ the Court’s new rule retroactively, and that we must therefore apply the rule articulated in United States v. Sevilla, 541 F.3d 226 (3d Cir.2008), to the case at hand. Furthermore, I agree that the record before us does not suggest that the district court meaningfully considered Flores-Mejia’s cooperation argument. Therefore, I concur in the decision to remand for resentencing.
But like the dissenters, I continue to believe that Sevilla should be applied not just to those sentenced before today’s opinion, but also going forward. As Judge Greenaway notes in his compelling opinion, such an outcome is dictated by the plain language of Rule 51 of the Federal Rules of Criminal Procedure.